UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>            Plaintiff,<br><br>      v.<br><br>A. SHEARER, et al.,<br><br>            Defendants. | No.  2:19-cv-02295-CKD P<br><br><br>ORDER |

Based on discussions and testimony presented at the pretrial conference held in this matter on March 20, 2023, the court hereby vacates the writ of habeas corpus ad testificandum issued for inmate Darryl Hill, CDCR #G-52993, issued on January 6, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum issued for inmate Darryl Hill, CDCR # G-52993, for his presence on March 27, 2023 is hereby vacated.
2. The Clerk of Court is directed to serve a copy of this order either electronically or via facsimile transmission on the Litigation Coordinator for California State Prison-Los Angeles County.

Dated:  March 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hawk2295.vacatewrit.Hill

1